UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTIA M. MAXWELL,

    Plaintiff,

v.

WAYNE COUNTY TREASURER,

    Defendants.
_____/

Case No. 15-12770

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S DECEMBER 9, 2015 REPORT AND RECOMMENDATION [23]

Before the Court is the magistrate judge's December 9, 2015 report and recommendation on Rule 41(B) dismissal and motions for preliminary injunction and judgment on the pleadings that the Court dismiss with prejudice Plaintiff Charlottia M. Maxwell's claims/complaint against the remaining Defendant Wayne County Treasurer, and that the remaining motions (dkt. 3, 15) be terminated as moot. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court DISMISSES Plaintiff's complaint with prejudice and terminates the remaining motions (dkt. 3, 15).

So ordered.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: February 29, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record and Plaintiff Charlottia Maxwell on February 29, 2016, by electronic and/or ordinary mail.

        s/Johnetta Curry-Williams
        Case Manager